DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSHUA MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSHUA MARQUEZ,<br><br>          Defendant. | NO. 1:12-CR-00223 AWI-DLB<br><br>STIPULATION TO VACATE CHANGE OF PLEA HEARING AND SET FOR STATUS CONFERENCE HEARING; [PROPOSED] ORDER<br><br>Date:  November 26, 2012<br>Time:  1:00 P.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the change of plea hearing in the above captioned matter now scheduled for November 26, 2012 at 10:00 a.m., may be vacated and the matter be set for a **status conference hearing before Judge Beck on November 26, 2012 at 1:00 p.m.**

This request is made pursuant to the direction of the Court as set forth in the minutes of the proceedings held on October 9, 2012, before United States Magistrate Judge Dennis L. Beck.

///

///

///

///

///

|     |     |     |
| --- | --- | --- |
| 1   |     | BENJAMIN B. WAGNER |
| 2   |     | United States Attorney |
| 3   | DATED: November 16, 2012 | By  /s/ Melanie L. Alsworth |
|     |     | MELANIE L. ALSWORTH |
| 4   |     | Assistant United States Attorney |
|     |     | Attorney for Plaintiff |

DANIEL J. BRODERICK
Federal Defender

DATED: November 16, 2012     By  /s/ Marc Days
                              MARC DAYS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOSHUA MARQUEZ

**ORDER**

IT IS SO ORDERED.

Dated:  **November 21, 2012**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

Stipulation to Vacate Change of Plea
Hearing and Set For Status Conference; [Proposed] Order          -2-