HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOSHUA MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-cr-0223 AWI |
|---|---|---|
| Plaintiff, | ) | **ORDER FILING UNDER SEAL** |
| vs. | ) | |
| JOSHUA MARQUEZ, | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that** Exhibit B of the movant's Section 2255 motion, the presentence report and recommendations shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   June 23, 2016

_____
SENIOR  DISTRICT  JUDGE