# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MARQUEZ,<br><br>                    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | CASE NO.  1:12-CR-0223 AWI<br>(Civil Case No. 1:16-CV-0871 AWI)<br><br><br>ORDER LIFTING STAY, GRANTING PETITIONER ADDITIONAL TIME TO RESPOND TO THE DECISION IN *BECKLES*, and DENYING MOTION FOR TRANSCRIPTS<br><br>(Doc. No. 35) |

This is a petition for relief from sentence under 28 U.S.C. § 2255.

On July 6, 2016, the Court stayed this matter until the Ninth Circuit issued opinions in resolution of *Gardner v. United States* (Appeal No. 15-72559), *Jacob v. United States* (Appeal No. 15-73302), and *United States v. Begay* (Appeal No. 14-10080).

The issue in *Begay* concerns the constitutionality of 18 U.S.C. § 924(c).  However, this petition does not concern § 924(c), instead it concerns a challenge to the constitutionality of Sentencing Guideline § 4B1.2.  Therefore, *Begay* is not a sufficient basis to keep this matter stayed.  *Gardner* and *Jacob* both involve challenges to Sentencing Guideline § 4B1.2.  In unpublished decisions, the Ninth Circuit remanded those cases to the sentencing courts and did not address the constitutionality of § 4B1.2.  Given the remands, no decision from the Ninth Circuit is reasonably forthcoming.  However, on March 6, 2017, the Supreme Court issued a decision in *Beckles v. United States* (Supreme Court No. 15-8544).  *Beckles* held that the advisory Sentencing Guidelines are not subject to vagueness challenges under the Due Process Clause.

1   Also on March 6, 2017, Petitioner's counsel sent notice to the Court regarding *Beckles*.

2   See Doc. No. 34.  The notice requests that the Court defer ruling on the petition, and asks for 30

3   days in which to contact petitioner and submit an additional "filing" in light of *Beckles*.  See id.

4   Given the decision in *Beckles*, there is no reason to keep the stay in place.  The Court will

5   lift the stay and give Petitioner 30 days in which to submit additional briefing/an additional filing

6   in light of *Beckles*.

7   Additionally, on March 2, 2016, Petitioner himself filed a motion for transcripts, arresting

8   report, and photos.  See Doc. No. 35.  Petitioner is represented by counsel from the Federal

9   Defender's Office in this § 2255 proceeding.  It is inappropriate for Petitioner to file motions pro

10  se when he is represented by counsel.  See Williams v. Herzog, 2015 U.S. Dist. LEXIS 97830,

11  *15 (W.D. Wash. July 27, 2015); Reynolds v. JPMorgan Chase Bank, N.A., 2014 U.S. Dist.

12  LEXIS 4503, *7 n.5 (M. D. Ga. Jan. 14, 2014); United States v. Banegas-Pacheco, 2012 U.S. Dist.

13  LEXIS 17242, *1 (D. Col. Feb. 10, 2012); Bhatia v. Office of the U.S. Atty., 2011 U.S. Dist.

14  LEXIS 36461, *4 n.1 (N.D. Cal. Mar. 29, 2011).  Therefore, the Court will deny Petitioner's

15  motion without prejudice and request that Petitioner's counsel discuss his motion for transcripts

16  when she meets with Petitioner concerning *Beckles*.

17

18  Accordingly, IT IS HEREBY ORDERED that:

19  1.   The stay in this matter, issued on July 6, 2016, is LIFTED;

20  2.   Within 30 days of service of this order, Petitioner shall submit additional briefing/an

21       additional filing in light of the Supreme Court's March 6, 2017 decision in *Beckles v.*

22       *United States* (Supreme Court No. 15-8544); and

23  3.   Petitioner's motion for transcripts (Doc. No. 35) is DENIED.

24

25  IT IS SO ORDERED.

26  Dated:   March 8, 2017        _____

27                                SENIOR  DISTRICT  JUDGE

28

2