| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 1:12-CR-00223 DAD-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS SUPERVISED RELEASE VIOLATION PETITION WITHOUT PREJUDICE |
| v. | |
| JOSHUA MARQUEZ, | |
| Defendant | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby files this motion to dismiss the supervised release violation petition underlying the warrant issued on July 26, 2019 (Document No. 41) without prejudice.

Dated: August 8, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA MARQUEZ,<br><br>　　　　　Defendant | CASE NO: 1:12-CR-00223 DAD-BAM<br><br>ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION |

Upon application of the United States of America,

IT IS HEREBY ORDERED that the supervised release petition is dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**August 8, 2019**__　　　　　　　__Dale A. Drozd__
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE